# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN TAYLOR,<br><br>    Respondent. | Case No. 1:24-cv-01044-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 13, 2024,[1] the Court ordered Respondent to file a response to the petition within sixty days. (ECF No. 4.) To date, Respondent has failed to file a response to the petition, and the deadline has passed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of the date of service of this order, Respondent shall file a response to the petition; and

---

[1] The order was signed on September 12, 2024, but not docketed until September 13, 2024.

2. Within seven (7) days of the date of service of this order, Respondent shall show cause why sanctions should not be imposed for failure to comply with this Court's orders.

IT IS SO ORDERED.

Dated: **November 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge