# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN TAYLOR,<br><br>          Respondent. | Case No. 1:24-cv-01044-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER GRANTING RESPONDENT EXTENSION OF TIME TO FILE RESPONSE<br><br>(ECF Nos. 8, 10) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 13, 2024,[1] the Court ordered Respondent to file a response to the petition within sixty days. (ECF No. 4.) As the deadline had passed and no response had been filed, the Court ordered Respondent to file a response and show cause why sanctions should not be imposed. (ECF No. 8.) In the response to the order to show cause, counsel informs the Court that the due date was miscalendared, requests that the Court decline to impose sanctions, and further requests that the Court grant Respondent leave to file a response on December 12, 2024. (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 8) is DISCHARGED; and

---

[1] The order was signed on September 12, 2024, but not docketed until September 13, 2024.

2. Respondent is GRANTED to and including December 12, 2024, to file a response to the petition.

IT IS SO ORDERED.

Dated: **November 26, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2