UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA IV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN TAYLOR,<br><br>　　　　　Respondent. | No. 1:24-cv-01044-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 12, 14 |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 15, 2025, the assigned magistrate judge issued findings and recommendations that recommended granting respondent's motion to dismiss and dismissing the petition.  Doc. 14. The findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within thirty days after service.  To date, no objections have been filed, and the time for doing so has passed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

1

1   In the event a notice of appeal is filed, a certificate of appealability will not be required
because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241,
not a final order in a habeas proceeding in which the detention complained of arises out of
process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997);
*see Ojo v. INS*, 106 F.3d 680, 681–82 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th
Cir. 1996).

Accordingly:

1. The findings and recommendations issued on April 15, 2025, Doc. 14, are ADOPTED in full;
2. Respondent's motion to dismiss, Doc. 12, is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   June 19, 2025

UNITED STATES DISTRICT JUDGE

2